Richard M. Jacobson – State Bar No. 114520          *E-Filed: January 5, 2015*
Austin Henderson – State Bar No.  293245
**JACOBSON MARKHAM, L.L.P.**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
Tel:  916.854.5969
Fax:  916.854.5965
rmjacobson@jacobsonmarkham.com
ahenderson@jacobsonmarkham.com

Attorneys for Defendants
OFFICEMAX, INC., and
OFFICEMAX NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PAULINA MEDINA,

    Plaintiff,

  v.

OFFICEMAX, INC.; OFFICEMAX NORTH
AMERICA, INC.; DOES 1
(MANUFACTURER); and DOES 2- 12,

    Defendants.

Case No.:  5:14-cv-03693-HRL

**DEFENDANTS' APPLICATION AND
ORDER FOR TELEPHONIC
APPEARANCE**

Hearing Date:  January 6, 2015
Time:    1:30 p.m.

   Defendants OfficeMax, Inc. and OfficeMax North America, Inc. ("Defendants") request to appear telephonically for the Initial Case Management Conference scheduled for Tuesday, January 6, 2015 at 1:30 p.m.  Counsel makes this request due to a schedule conflict that arose after the hearing was set.  Due to the distance from San Jose to the office of the attorney for Defendants, counsel requests this appearance by telephone in order to attend both matters.  Counsel will make arrangements to appear telephonically through Courtcall.

Dated: January 5, 2015     JACOBSON MARKHAM, L.L.P.

           By _/s/ Richard M. Jacobson_____
           AUSTIN HENDERSON
           Attorneys for Defendants

-1-

Jacobson Markham
Sacramento, California

**<u>ORDER</u>**

Defendants OfficeMax, Inc. and OfficeMax North America, Inc.'s request to appear by telephone at the Initial Case Management Conference scheduled for January 6, 2015 is hereby granted.  Counsel shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

IT IS SO ORDERED.


Dated:  January 5, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

DEFENDANTS' APPLICATION AND ORDER FOR TELEPHONIC APPEARANCE
(Case No.:  5:14-cv-03693-HRL)